UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDRETH REAL ESTATE ADVISORS LLC,<br><br>                              Plaintiff(s),<br><br>                v.<br><br>FELIPE GALVIS, et al.,<br><br>                              Defendant(s). | 23-CV-9372 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 24, 2023, Defendants requested, among other things, that the Court direct Plaintiff to "produce, under seal, [Mr. Newberger's] law firm's contracts and agreements with Hildreth Real Estate Advisors." ECF No. 13. On November 30, 2023, Plaintiff requested that the Court order "that Plaintiff shall not respond to Defendants' further submissions unless directed by the Court." ECF No. 14. Plaintiff's request is GRANTED.

Defendants are apprised that under Federal Rule of Civil Procedure 26(a)(1), they will have the opportunity to seek discovery following the initial pretrial conference scheduled for **January 16, 2024, at 2:00 p.m. ET.** ECF No. 9. The conference will be held on Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 665 285 556, followed by the pound (#) sign. The parties must file on ECF a joint status letter and proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **January 9, 2024**.

Per the Court's November 22, 2023 order (ECF No. 12), Defendant Fortitude Ventures III LLC shall retain licensed counsel. Defendants shall file an Answer to Plaintiff's Complaint (ECF No. 8) by **February 22, 2024**. ECF No. 12.

Plaintiff is directed to serve this order and the Court's November 22, 2023 order (ECF No. 12) on Defendants via Federal Express and file proof of service on the docket by December 5, 2023.

SO ORDERED.

Dated: December 1, 2023
New York, New York

_____
DALE E. HO
United States District Judge