UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDRETH REAL ESTATE ADVISORS
LLC,

Plaintiff,

v.

FELIPE GALVIS, et al.,

Defendants.

23 Civ. 9372 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **March 5, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 12, 2024,** at **10:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 7, 2024
       New York, New York

_____
DALE E. HO
United States District Judge