UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDRETH REAL ESTATE ADVISORS LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>FELIPE GALVIS, et al.,<br><br>                    Defendants. | 23-CV-9372 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On **March 12, 2024**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 26.

It is hereby ORDERED that Defendant Fortitude Ventures III LLC shall file any opposition to the motion for default judgment by **April 12, 2024**. Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendant shall appear and show cause before this Court on **May 7, 2024, at 10:00 a.m. EST**, why an order should not be issued granting a default judgment against Defendant. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 872 408 859, followed by the pound (#) key. No later than **April 30, 2024**, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant. That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of January 9, 2024, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**. Plaintiffs must file proof of such

service on the docket by **March 18, 2024.**

    SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                DALE E. HO
                                                United States District Judge