UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDRETH REAL ESTATE ADVISORS LLC,<br><br>                        Plaintiff,<br><br>        v.<br><br>FELIPE GALVIS, et al.,<br><br>                        Defendants. | 23-CV-9372 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 22, 2024, pro se Defendant Felipe Galvis filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(c). *See* ECF No. 22. On March 25, 2024, Plaintiff filed its opposition to the motion. *See* ECF No. 29. Under the Court's Rule 5(a) of Individual Practices in Civil Pro Se Cases, "reply papers, if any, must be served and filed within two weeks of receipt of opposition papers." Felipe Galvis has not filed any such reply papers.

It is hereby **ORDERED** that Defendant Galvis shall file any reply no later than **April 26, 2024**. If no such reply is timely filed, the motion to dismiss will be deemed fully briefed.

SO ORDERED.

Dated: April 12, 2024
       New York, New York

                                                    DALE E. HO
                                         United States District Judge