

# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Netanel Newberger- Partner**
**Author's E-Mail Address: netanelnewberger@mllaborlaw.com**
**Direct Dial: (516) 303-1356**

April 19, 2024

<u>Via ECF</u>
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Hildreth Real Estate Advisors LLC v. Galvis et al.**
 **Docket No.: 1:23-cv-09372-(DEH)**
 <u>**Our File No.: 146-2023**</u>

Dear Judge Ho:

This law firm represents plaintiff Hildreth Real Estate Advisors LLC ("Plaintiff") in the above-referenced matter.  Plaintiff respectfully requests a thirty (30) day extension of time to file the proposed default judgment order (and a reciprocal rescheduling of the May 7, 2024 conference) due to various scheduling conflicts, including Passover, which the undersigned will be observing from April 22-30, 2024.

Thank you for your attention to this matter.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP, PLLC**

/s/_____
Netanel Newberger

cc: Felipe Galvis

Application **GRANTED**.

The proposed default judgment order is due **May 21, 2024**.  The conference scheduled for May 7, 2024 is **ADJOURNED** to **June 11, 2024 at 2:30 p.m. ET**.

The Clerk of Court is respectfully requested to close ECF No. 31.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 22, 2024
New York, New York