UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDRETH REAL ESTATE ADVISORS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FELIPE GALVIS, et al.,<br><br>        Defendants. | 23-CV-9372 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On September 3, 2024, Plaintiff Hildreth Real Estate Advisors LLC ("Plaintiff" or "Hildreth") filed a letter, *inter alia*, requesting an informal conference. *See* ECF No. 56. On September 5, 2024, Defendant Felipe Galvis ("Defendant" or "Galvis") filed a letter in response. *See* ECF No. 61. The same day, Defendant filed a letter-motion to compel Plaintiff's response to discovery requests, award sanctions, extend discovery, and approve a protective order. *See* ECF No. 62. Plaintiff filed a letter in response on September 10, 2024. *See* ECF No. 64.

  The Court considers each request in turn. The Court **DENIES** Plaintiff's letter, *see* ECF No. 56; and **DENIES** Defendants' motion to compel without prejudice to renewal, *see* ECF No. 62. On the record before the Court, the parties have failed to meet and confer in good faith "in person or by telephone" pursuant to SDNY Local Rule 37.2. The parties are **ORDERED** to meet and confer in good faith.

  Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter, not to exceed three (3) pages, (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support.

The Clerk of Court is respectfully directed to close ECF Nos. 56, 62.

SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                        DALE E. HO
                                         United States District Judge

2